# JAMES HOCHBERG
## ATTORNEY AT LAW, LLLC

Letter

June 23, 2020

The Honorable Judge Jill A. Otake
Otake_Orders@hid.uscourts.gov
United States Courthouse
300 Ala Moana Boulevard, Room C-338
Honolulu, Hawaii 96850-0338

     Re:    <u>Carmichael et vs. Governor Ige</u>; Case No. 1:20-cv-00273 JAO-WRP

Dear Honorable Judge Otake:

     This letter is jointly written by counsel for all parties in the above-referenced litigation, pursuant to the Court's Order (docket item 22). Please be advised that, pursuant to your Order, Craig Iha and Jim Hochberg met on June 22, 2020 to confer on the process for the hearing in your courtroom on July 2, 2020 at 11:00 a.m. This letter is provided to inform your Honor that the parties are in agreement to conduct the hearing completely by Skype with none of the parties, their representatives or their counsel in your courtroom. In addition, as discussed in your status conference Order, Mr. Iha informed Mr. Hochberg that Governor Ige will be filing a motion in Civil No. 20-00268-DKW-RT, <u>For Our Rights, et al. v. David Y. Ige, et al.</u>, asking the magistrate judge to consolidate this case with that related case. Mr. Hochberg confirmed to Mr. Iha that the plaintiffs in the <u>Carmichael</u> case will strongly object to consolidation and will be filing an opposition in the <u>For Our Rights</u> case. Mr. Iha confirmed that Governor Ige will not object to the Carmichael plaintiffs filing an opposition to the motion, without waiving any arguments regarding the filing. The parties in this action will provide courtesy copies of all relevant filings to your Honor.

     Sincerely,

     /s/ James Hochberg    /s/ Craig Iha
     JAMES HOCHBERG    CRAIG IHA

:JH

C:\Users\Jim\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\V06VD8Y1\2020 6 23 Approved Joint Ltr to Judge Otake re process for July 2 hearing on TRO motion.wpd

Address: 700 Bishop Street, Suite 2100, Honolulu, Hawaii 96813
USPS: P.O. Box 3226, Honolulu, Hawaii 96801
Telephone: 808-256-7382
Email: Jim@JamesHochbergLaw.com