UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

**Request for Media Blogging**

The undersigned requests that the court allow blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be made as soon as practicable.

Case Name: Carmichael et al v. Hawaii    Case No.: 20-00273

Presiding District or Magistrate Judge: Otake

Media Outlet: The Associated Press

Representative(s): Jennifer Kelleher, Audrey McAvoy, Caleb Jones

Email Address To Send Completed Request Form: jkelleher@ap.org

☐ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|---|---|---|
| 7/2/2020 | 11 a.m | motion hearing for application for temporary |
|  |  | restraining order and for order to show cause |
|  |  | why preliminary injunction should not issue. |
| various | various | all future on-the-record proceedings |
|  |  | in open court. |

DATED: 6/30/2020    SIGNATURE: *(signed)*

PRINTED NAME: Audrey McAvoy

IT IS SO ORDERED.

☑ APPROVED    ☐ APPROVED AS MODIFIED    ☐ DENIED

DATED: June 30, 2020    *(signed)*