CLARE E. CONNORS          7936
Attorney General of the State of Hawaiʻi

NICHOLAS M. MCLEAN     10676
EWAN C. RAYNER             10222
WILLIAM M. LEVINS         10295
CRAIG Y. IHA                      7919
Deputy Attorneys General
Dept. of the Attorney General
425 Queen Street
Honolulu, Hawaiʻi 96813

Attorneys for Governor DAVID IGE,
in his official capacity as Governor
of the State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| HOLLY CARMICHAEL; TIMOTHY AARON CARMICHAEL; BROOKE MCGOWAN; and RUSSELL HIRSCH,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID IGE, in his official capacity as Governor of the State of Hawaiʻi,<br><br>Defendant. | Case No. 1:20-cv-00273-JAO-WRP<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY PURSUANT TO LR7.6; CERTIFICATE OF SERVICE**<br><br><u>District Judge</u>: Hon. Jill A. Otake<br><br><u>Magistrate Judge</u>: Hon. Wes Reber Porter<br><br><u>Hearing</u>: July 2, 2020, at 11:00 AM |

# NOTICE OF SUPPLEMENTAL AUTHORITY PURSUANT TO LR 7.6

Pursuant to LR7.6, Defendant DAVID IGE, in his official capacity as Governor of the State of Hawaiʻi, through undersigned counsel, respectfully submits the following supplemental authority:

- *League of Independent Fitness Facilities & Trainers, Inc. et al. v. Whitmer*, No. 20-1581, 2020 WL 3468281, at *1-2 (6th Cir. June 24, 2020) (granting emergency stay of district court order that had enjoined an executive order issued by the Governor of Michigan; stating that "[a]ll agree that the police power retained by the states empowers state officials to address pandemics such as COVID-19 largely without interference from the courts" and that "[t]his century-old historical principle has been reaffirmed just this year by a chorus of judicial voices, including our own" (citing numerous authorities)).

/ /

/ /

/ /

/ /

A copy of the Sixth Circuit's decision is attached herewith as Exhibit "A."

DATED: Honolulu, Hawaiʻi, June 30, 2020.

                              */s/ Clare E. Connors*
                              CLARE E. CONNORS
                                 Attorney General
                              NICHOLAS M. MCLEAN
                              CRAIG Y. IHA
                              EWAN C. RAYNER
                              WILLIAM M. LEVINS
                                 Deputy Attorneys General

                              Attorneys for Governor DAVID IGE,
                              in his official capacity as Governor
                              of the State of Hawaiʻi