# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:20-cv-00273 JAO-WRP |
| CASE NAME: | Holly Carmichael, et al. v. David Y. Ige, *in his official capacity as Governor of the State of Hawai`i* |
| ATTYS FOR PLA: | Harmeet K. Dhillon<br>Lloyd James Hochberg Jr.<br>Mark P. Meuser |
| ATTYS FOR DEFT: | Clare E. Connors<br>Craig Y. Iha<br>Ewan C. Rayner<br>Nicholas Matthew McLean |

| | | | |
|---|---|---|---|
| JUDGE: | Jill A. Otake | REPORTER: | Ann Matsumoto |
| DATE: | 07/02/2020 | TIME: | 11:00am-12:20pm |

COURT ACTION:  EP:  Hearing on [12] Application for Temporary Restraining Order and for Order to Show Cause Why Preliminary Injunction Should Not Issue was conducted by video telephone conference.

Oral arguments heard.

[12] Application for Temporary Restraining Order and for Order to Show Cause Why Preliminary Injunction Should Not Issue - TAKEN UNDER ADVISEMENT.

Court to issue a written order.

Submitted by: Shelli Mizukami, Courtroom Manager